## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: January 23, 2024

Mr. Michael Anthony Pusateri
Greenberg Traurig
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

     Re:  Case No. 23-3332, *Apogee Coal Company, et al v. OWCP, et al*
        Originating Case No. 20-0229 BLA

Dear Counsel,

 The petitioners' motion for a 30-day extension of time to file the reply brief has been GRANTED.  The reply brief is now due **February 22, 2024**.  **In order to promote efficient case progress, any further requests for extension are unlikely to be granted**.

               Sincerely yours,

               s/Robin L Baker
               Case Manager
               Direct Dial No. 513-564-7014

cc:  Mr. Brad Anthony Austin
  Mr. Sean Bajkowski
  Mr. Dominic Draye
  Ms. Sarah M. Hurley
  Mr. Thomas O. Shepherd Jr.
  Mr. Mark Elliott Solomons