# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 23, 2024

Mr. Brad Anthony Austin
Wolfe Williams & Reynolds
470 Park Avenue
Norton, VA 24273

Mr. Sean Bajkowski
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

Mr. Dominic Draye
Greenberg Traurig
2101 L Street, N.W.
Washington, DC 20037

Re: Case No. 23-3332, *Apogee Coal Company, et al v. OWCP, et al*
**Cancellation of Oral Argument** -- Thursday, May 2, 2024

Dear Counsel:

Please be advised that the **oral argument** scheduled for Thursday, May 2, 2024, **has been cancelled**. The court will now consider this case on the record and the briefs filed by the parties.

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy

cc: Mr. Michael Anthony Pusateri
    Mr. Thomas O. Shepherd Jr.
    Mr. Mark Elliott Solomons
    Ms. Donna E. Sonner
    Ms. Amanda Torres