No. 23-3332

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 15, 2024
KELLY L. STEPHENS, Clerk

APOGEE COAL COMPANY, LLC; ARCH COAL, INC.,

    Petitioners,

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATIONPROGRAMS, U.S. DEPARTMENT OF LABOR; DAVID M.HOWARD,

    Respondents.

O R D E R

**BEFORE:** GIBBONS, McKEAGUE, and STRANCH, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court. No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk