# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 23, 2024

Mr. Sean Bajkowski
Mr. Dominic Draye
Mr. Mark Elliott Solomons
Ms. Donna E. Sonner

Re: Case No. 23-3332, *Apogee Coal Company, et al v. OWCP, et al*
Originating Case No. 20-0229 BLA

Dear Counsel:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Robin Baker, Case Manager

cc: Mr. Brad Anthony Austin
Mr. Michael Anthony Pusateri
Mr. Thomas O. Shepherd Jr.
Ms. Amanda Torres

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3332

_____

Filed: October 23, 2024

APOGEE COAL COMPANY, LLC; ARCH COAL, INC.

    Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U.S. DEPARTMENT OF LABOR; DAVID M. HOWARD

    Respondents

## MANDATE

Pursuant to the court's disposition that was filed 08/05/2024 the mandate for this case hereby issues today.

COSTS: None *

*This does not include the attorneys fees order of 9/30/24.